UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          No. 06-20185

vs.                                                 District Judge Victoria A. Roberts

                                                    Magistrate Judge R. Steven Whalen

ALSEDDRICK DEWUNN WEST,

    Defendant.

_____/

**ORDER DENYING MOTION TO REVIEW DETENTION ORDER**

      Before the Court is Defendant Alseddrick West's Motion to Reopen and/or to Review Pretrial Detention Hearing Held in Another District [Docket #32].  For the reasons and under the terms stated on the record on May 11, 2006, said motion is DENIED.

      SO ORDERED.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  May 12, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on May 12, 2006.

                                        S/Gina Wilson
                                        Case Manager